MARK MCCUNE PRO PER

. 2131 N FRANNEA

Tucson, AZ 85712

Telephone 520 358 0386

tucson99az@yahoo.com

FILED USBC CLRK TUC
2019 SEP 10 PM 2:47

IN THE UNITED STATES BANKRUPTCY COURT

IN RE: MARK WADE MCCUNE

FOR THE DISTRICT OF ARIZONA

Converted FROM CH 13 TO CHAPTER. 7

Debtor

CASE NO. 4 18-b k -00838- SHG

LAST FOUR OF SOC 1167

19-AP-273

MOTION

TO OPPOSE THE JANET SPEARS

MOTION TO DISMISS

Hon. Judge Gan

YOUR RIGHTS MAY BE AFFECTED. PLEASE READ THIS MOTION OR NOTICE CAREFULLY

AND DISCUSS WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.

( IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE. )

MARK MCCUNE DEBTOR MOTIONS THE COURT TO OPPOSE JANET SPEARS MOTION TO DISMISS

THE OCWEN ADVERSARY COMPLAINT , ON THE GROUNDS I HAVE NOT SERVED HER WITH IT YET,

MEMORANDUM

MARK MCCUNE DEBTOR HAS NOT SERVED JANET SPEARS , WITH THE ADVERSARY COMPLAINT, THAT I FILED IN late July 2019 , AND UNDER THE RULES OF COURT I HAVE 90 DAYS FROM THE DATE OF FILING TO SERVE OCWEN AND THERE ASSOCIATED ATTORNEYS AND SPLINTER COMPANYS , JANET SPEARS FILED MOTION TO DISMISS BEFORE I SERVED HER WITH THE ADVERSARY COMPLAINT , I also oppose on the grounds that I have filed for relief that the court can grant and that is to remove the 130k lien from 2131 n Frannea , further more the wells fargo letter said Ocwen is not a SERVICER for Wells fargo

THANK YOU    typed and written by Mark MCCUNE Pro per

*[signed]* Mark McCune    sept 8 2019